[No. 10657-1-I. Division One. December 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. NICK ANDY SAVOV, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-8-02368-3, Gary M. Little, J., entered August 3, 1981. *Reversed* and *dismissed* by unpublished opinion per Corbett, J., concurred in by Swanson and Williams, JJ.

[No. 10518-3-I. Division One. December 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. SIDNEY CARL ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-00773-9, Frank H. Roberts, Jr., J., entered July 10, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Williams, JJ.

[No. 10548-5-I. Division One. December 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS J. MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-00677-5, Herbert M. Stephens, J., entered July 17, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Corbett, J.